UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHAMBERS OF
AARON E. GOODSTEIN
U.S. MAGISTRATE JUDGE

U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
(414) 297-3963
FAX: (414) 297-1129

February 4, 2010


Aaron N. Halstead
Hawks Quindel, SC
222 West Washington - Stuie 450
Madison, Wisconsin 53701-2155

Elizabeth M. Drew
Michael Best & Friedrich, LLP
100 East Wisconsin Avenue - Suite 3300
Milwaukee, Wisconsin 53202-4108

Monte E. Weiss
Deutch & Weiss, LLC
7670 North Port Washington Road, Suite 200
Milwaukee, Wisconsin 53217

  Re:   Grace Maldonado vs Racine County, et al.
          Case No. 09-CV-1173

Dear Counsel:

      The above entitled action has been assigned to this court for all further proceedings. The pending motions to dismiss should be briefed in accordance with the Local Rules, however, the court will still conduct a Rule 16 conference. Therefore, each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist me in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following additional information:

      1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.
      2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.
      3. Any motions which are contemplated at this time.
      4. Such other matters as may affect the scheduling of this case for final disposition.

      The court will conduct the Rule 16 conference by telephone at **8:30 a.m. on April 5, 2010.** Your Rule 26(f) report shall be filed with the court no later than **March 26, 2010**. The court will initiate the call, but the parties should advise the court in their Rule 26(f) report as to the names and **direct** telephone number of the attorneys who plan to participate in the conference.

      Very truly yours,

      s/ Aaron E. Goodstein
      Aaron E. Goodstein
      United States Magistrate Judge